**HERZFELD & RUBIN LLP**
Craig L. Winterman (Bar No. 75220)
E-mail: cwinterman@hrllp-law.com
10866 Wilshire Blvd., Suite 800
Los Angeles, CA 90024
Tel.: (310) 553-0451– Fax: (310) 553-0648

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA MERCADO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>AUDI OF AMERICA, LLC; VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a/ AUDI OF AMERICA, INC.,<br><br>Defendants. | Case No.: 5:18-cv-02388-JAK-SP<br><br>**DECLARATION OF GEORGE BLAKE** |

I, George Blake, declare, under penalty of perjury, as follows:

1. I am Director—Product Analysis Group for Volkswagen Group of America, Inc. ("VWGoA"). I make this declaration upon personal knowledge, in support of Defendants' motion to dismiss Plaintiff's Complaint.

2. I am familiar with records maintained by VWGoA in the regular course of business, including USA Warranty & Maintenance manuals and Owner's Manuals that accompany the sale and lease of new Audi vehicles.

4. Attached hereto as Exhibit "A" is a true and correct copy of the USA Warranty & Maintenance manual applicable to Plaintiff Valeria Mercado's 2017 Audi Q7 vehicle.

5. Attached hereto as Exhibit "B" is a true and correct copy of the Q7 Owner's Manual applicable to Plaintiff Valeria Mercado's 2017 Audi Q7 vehicle.

1

DECLARATION OF GEORGE BLAKE

1     I declare under penalty of perjury that the foregoing is true and correct to the
2 best of my knowledge, information and belief.

4 Dated: __01/03__, 2019

*/s/ George Blake*

George Blake