# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA MERCADO, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AUDI OF AMERICA, LLC, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br><br>5:18-cv-02388-JAK-SP<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mason, Gary E.
*Applicant's Name (Last Name, First Name & Middle Initial)*

202-429-2290   202-429-2294
*Telephone Number*   *Fax Number*

gmason@wbmllp.com
*E-Mail Address*

of   Whitfield Bryson & Mason LLP
5101 Wisconsin Ave. NW, Ste. 305
Washington, D.C. 20016
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Valeria Mercado

*Name(s) of Party(ies) Represented*   ☒ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

and designating as Local Counsel

Straus, Alex R.
*Designee's Name (Last Name, First Name & Middle Initial)*

321366   310-474-9111   310-474-8585
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

astraus@ahdootwolfson.com
*E-Mail Address*

of   Ahdoot & Wolfson, P.C.
10728 Lindbrook Drive
Los Angeles, CA 90024
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☒ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☒ because  the certificates of good standing are not attached to the application per L.R. 83-2.1.3.3(d). If the applicaiton is not refiled by January 31, 2019, the Clerk shall return the fee to counsel.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated   January 22, 2019                                John A. Kronstadt  /s/ *(signature)*
                                                        **U.S. District Judge/U.S. Magistrate Judge**

G-64 ORDER (5/16)   (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*   Page 1 of 1