1  **AHDOOT & WOLFSON, PC**
   Tina Wolfson (Bar No. 174806)
2  E-mail: twolfson@ahdootwolfson.com
   Alex R. Straus (Bar No. 321366)
3  E-mail: astraus@ahdootwolfson.com
4  10728 Lindbrook Drive
   Los Angeles, CA 90024
5  Tel.: (310) 474-9111 – Fax: (310) 474-8585
   *Attorneys for Plaintiff*
6
7  **HERZFELD & RUBIN, P.C.**
   Michael B. Gallub (Admitted Pro Hac Vice)
8  E-mail: mgallub@herzfeld-rubin.com
   Homer B. Ramsey (Admitted Pro Hac Vice)
9  E-mail: hramsey@herzfeld-rubin.com
10 125 Broad Street
   New York, NY 10004
11 Tel.: (212) 471-8500 – Fax: (212) 344-3333

12 **HERZFELD & RUBIN, LLP**
   Craig L. Winterman (Bar No. 75220)
13 E-mail: cwinterman@hrllp-law.com
14 10866 Wilshire Blvd., Suite 800
   Los Angeles, CA 90024
15 Tel.: (310) 553-0451 – Fax: (310) 553-0648
   *Attorneys for Defendants*
16
                  **UNITED STATES DISTRICT COURT**
17
                  **CENTRAL DISTRICT OF CALIFORNIA**
18

19 | VALERIA MERCADO, individually and on behalf of all others similarly situated, | Case No.: 5:18-cv-02388-JAK-SP |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS SCHEDULE** |
| v. | |
| AUDI OF AMERICA, LLC; VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC., | Judge: Hon. John A. Kronstadt |
| Defendants. | |

**WHEREAS** on November 9, 2018, Plaintiff VALERIA MERCADO ("Plaintiff") filed her class action Complaint in this action (Dkt. 1) against AUDI OF AMERICA, LLC; VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC. (collectively "Defendants").

**WHEREAS** on November 15, 2018, Plaintiff served her Complaint on Defendants.

**WHEREAS** on January 4, 2019, Defendants filed Defendants' Notice of Motion and Motion to Dismiss Class Action Complaint (Dkt. 15), in part, pursuant to Fed. R. Civ. P. 12(b).

**WHEREAS** Plaintiff seeks to file her First Amended Complaint in an effort to correct perceived defects in her Complaint.

**WHEREAS** based upon discussions among counsel, Defendants anticipate filing a Motion to Dismiss addressed to Plaintiff's First Amended Complaint.

**WHEREAS** counsel have agreed, subject to the Court's approval, and without waiver of any rights and defenses, to the following schedule for the filing of Plaintiff's First Amended Complaint and the filing and briefing of Defendants' Motion to Dismiss the First Amended Complaint.

**IT IS HEREBY STIPULATED**, by and between Plaintiff and Defendants, by and through their respective counsel, that:

1. Plaintiff should be granted leave to file her First Amended Complaint on or before February 22, 2019.

2. Defendants shall withdraw the pending Notice of Motion and Motion to Dismiss Class Action Complaint (Dkt. 15) without prejudice, and may file a Motion to Dismiss addressed to Plaintiffs' First Amended Complaint.

3. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be filed on or before April 5, 2019.

4. Plaintiff Opposition to Defendants' Motion to Dismiss shall be due on or before April 19, 2019.

5. Defendants' Reply to Plaintiffs' Opposition shall be due on or before May 3, 2019.

6. In view of the fact that the Case management Conference had been scheduled for the same date as the hearing on the Motion to Dismiss, the parties agree to do the same with respect to the Motion to Dismiss the First Amended Complaint, and therefore agree to continue the Case Management Conference from April 8, 2019 to such other date thereafter determined upon the filing of Defendants' Motion to Dismiss.

Dated: February 8, 2019     **AHDOOT & WOLFSON, P.C.**

/s/ *Alex R. Straus*
Alex R. Straus,
Attorney for Plaintiff
VALERIA MERCADO

Dated: February 8, 2019     **HERZFELD & RUBIN, P.C.**

/s/ *Michael B. Gallub*
Michael B. Gallub (Pro Hac Vice)
Attorney for Defendants
AUDI OF AMERICA, LLC and
VOLKSWAGEN GROUP OF AMERICA,
INC. d/b/a AUDI OF AMERICA, INC.