UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VALERIA MERCADO, individually and on behalf of all others similarly situated,<br><br>v.<br><br>AUDI OF AMERICA, LLC, et al.<br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>5:18-cv-02388-JAK-SP<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Mason, Gary E.     of     Whitfield Bryson & Mason LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*     5101 Wisconsin Avenue NW, Suite 305
202-429-2290     202-429-2294     Washington, D.C. 20016
*Telephone Number     Fax Number*

gmason@wbmllp.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Valeria Mercado

*Name(s) of Party(ies) Represented*     ☒ *Plaintiff(s)* ☐ *Defendant(s)* ☐ Other: _____

**and designating as Local Counsel**
Straus, Alex R.     of     Ahdoot & Wolfson, P.C.
*Designee's Name (Last Name, First Name & Middle Initial)*     10728 Lindbrook Drive
321366     310-474-8585     310-474-8585     Los Angeles, CA 90024
*Designee's Cal. Bar No.     Telephone Number     Fax Number*

astraus@ahdootwolfson.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☒ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☒ because the Certificates of Good Standing are not attached for every state court listed to which the applicant has been admitted. If an amended applicaiton is not refiled by February 22, 2019, the fee shall be returned to counsel.

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated February 8, 2019     John A. Kronstadt  /s/
**U.S. District Judge/U.S. Magistrate Judge**