1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
9                    **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| VALERIA MERCADO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AUDI OF AMERICA, LLC; VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC.,<br><br>Defendants. | Case No.: 5:18-cv-02388-JAK-SP<br><br>**ORDER RE STIPULATION ALLOWING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT AND MOTION TO DISMISS SCHEDULE** |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court having reviewed the forgoing Stipulation, and good cause appearing therefore, it is hereby Ordered that:

1. The Stipulation is **GRANTED IN PART**;
2. Plaintiff is granted leave to amend to file her First Amended Complaint on or before February 22, 2019;
3. Defendants' Motion to Dismiss Plaintiff's First Amended Complaint shall be due on or before March 15, 2019. There is no good cause shown to warrant a response to the First Amended Complaint in 45 days. The motion shall be set for hearing consistent with the Court's Open Motion Calendar at the time it is filed. Counsel may stipulate to a briefing schedule at that time pursuant to the Court's Standing Order;
4. Defendants' Motion to Dismiss Class Action Complaint (Dkt. 15) is **MOOT**.
5. The April 8, 2019 Scheduling Conference is taken **UNDER SUBMISSION**. The Joint Rule 16(b)/26(f) Report shall be filed by March 29, 2019 per Dkt. 21.

IT IS SO ORDERED.

Dated: February 11, 2019

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE