UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | ED CV18-02388 JAK (SPx) | Date | March 2, 2020 |
| Title | Valeria Mercado v. Audi of America, LLC, et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Cheryl Wynn | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Alex R. Straus | Michael B. Gallub |

**Proceedings:**      **DEFENDANTS' MOTION AND PARTIAL MOTION TO DISMISS THIRD AMENDED CLASS ACTION COMPLAINT (DKT. 100)**

The motion hearing is held. The Court states its tentative views that it is inclined to grant in part Defendants' Partial Motion to Dismiss Third Amended Class Action Complaint (the "Motion"). Counsel address the Court. The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued. An amended complaint will be due within 30 days of the Court's ruling. Counsel are instructed to lodge the Ninth Circuit's decision in *Heather Floyd v. American Honda Motor Co., Inc. et al.*, No. 18-55957 (argued Dec. 11, 2019), when issued.

**IT IS SO ORDERED.**

                                                 :    19

Initials of Preparer    cw