1 | Robert Ahdoot (SBN 172098)
2 | rahdoot@ahdootwolfson.com
3 | Theodore Maya (SBN 223242)
  | tmaya@ahdootwolfson.com
4 | Bradley K. King (SBN 274399)
  | bking@ahdootwolfson.com
5 | **AHDOOT & WOLFSON, PC**
  | 2600 W. Olive Avenue, Suite 500
6 | Burbank, CA 91505
  | Telephone: (310) 474-9111
7 | Facsimile:  (310) 474-8585

*Counsel for Plaintiffs and the Proposed Class*

[Additional counsel appear on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| VALERIA MERCADO and ANDREA KRISTYANNE HOLMES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VOLKSWAGEN GROUP OF AMERICA, INC. d/b/a AUDI OF AMERICA, INC.,<br><br>Defendants. | Case No. 5:18-cv-02388-JWH-SP<br><br>**NOTICE OF LODGING OF [PROPOSED] ORDER AND JUDGMENT GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT, SERVICE AWARDS, AND ATTORNEYS' FEES AND EXPENSES**<br><br>Date:       June 24, 2022<br>Time:       9;00 a.m.<br>Judge:      Hon John W. Holcomb<br>Courtroom:  2 |

TO THE COURT, THE PARTIES, AND ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs hereby lodge the attached [Proposed] Order and Judgment Granting Final Approval of Class Action Settlement, Service Awards, and Attorneys' Fees and Expenses (ECF Nos. 181 and 197).

Dated: June 24, 2022                     Respectfully submitted,

*/s/ Theodore Maya*

Robert Ahdoot (SBN 172098)
rahdoot@ahdootwolfson.com
Theodore Maya (SBN 223242)
tmaya@ahdootwolfson.com
Bradley K. King (SBN 274399)
bking@ahdootwolfson.com
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505
Telephone: (310) 474-9111
Facsimile:  (310) 474-8585

Alex R. Strauss (SBN 321366)
astraus@milberg.com
Daniel K. Bryson (admitted *pro hac vice*)
dbryson@milberg.com
Greg Coleman (admitted *pro hac vice*)
gcoleman@milberg.com
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
280 S. Beverly Drive
Beverley Hills, CA 90212
Tel: (917) 471-1894; Fax: (865) 522-0049

*Counsel for Plaintiffs and the Proposed Class*